## Harry Linder, Appellant, v. William Dominick and Adolph Millblum, trading as William Dominick & Company, and Joseph Dominick, Appellees.

### Gen. No. 23,182.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and judgment here with finding of facts. Opinion filed January 31, 1918.

### Statement of the Case.

Action by Harry Linder, plaintiff, against William Dominick and Adolph Millblum, trading as William Dominick & Company, and Joseph Dominick, defendants, to recover an amount paid on a contract to purchase certain goods. From a judgment for defendants, plaintiff appeals.

HARRY H. FELGAR, for appellant.

No appearance for appellees.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

INFANTS, § 23*—*when person reaching majority may recover money paid on contract.* Where one on coming of age does not ratify a contract entered into by him during his minority, but rescinds it, he may recover back amounts paid by him on such contract during his minority.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.